No. 89–633.   CIVELLI *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 89–639.   NATIONAL FUNERAL SERVICES, INC. *v.* CAPERTON, GOVERNOR OF WEST VIRGINIA, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 89–5006.   LOGSDON *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 89–5019.   GOBER *v.* KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.

No. 89–5095.   DAKINS *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 89–5163.   WATKINS *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 89–5215.   THOMPSON *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 89–5241.   MOSS *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 89–5244.   ERBE *v.* ILLINOIS.   App. Ct. Ill., 4th Dist.   Certiorari denied.

No. 89–5284.   CHANNELL, AKA CHANNEL *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 89–5431.   DELGADO *v.* ARIZONA.   Ct. App. Ariz.   Certiorari denied.

No. 89–5568.   ROBINSON *v.* NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 89–5615.   MARTIN *v.* DELAWARE LAW SCHOOL OF WIDENER UNIVERSITY ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 89–5617.   CHAPLIN *v.* PRUDENTIAL-BACHE SECURITIES INC.   C. A. 2d Cir.   Certiorari denied.